1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID PAUL DAVENPORT, | ) | 1:07cv0494 OWW SMS |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S MOTION ASKING THE COURT TO COMPEL SERVICE BY THE UNITED STATES MARSHAL |
| v. | ) | |
| | ) | (Document 11) |
| BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

17
18
19
20
21
22
23

   Plaintiff is proceeding pro se and in forma pauperis in this employment discrimination action filed on March 29, 2007.  On May 31, 2007, Plaintiff filed a document entitled "Motion Asking the Court to Compel the U.S. Marshal to Serve the Summons Filed by Plaintiff on April 12, 2007."  By separate order filed concurrently with this order, the Court has directed the United States Marshal to serve defendant with the required documents.  Accordingly, as service has been ordered, Plaintiff's motion is DENIED as moot.

24
25

 IT IS SO ORDERED.

26
**Dated:    June 11, 2007**          _____/s/ **Sandra M. Snyder**_____
                                                 UNITED STATES MAGISTRATE JUDGE

27
28

1