UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAUL DAVENPORT,<br><br>        Plaintiff,<br><br>        v.<br><br>BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>        Defendant. | 1:07-cv-00494 OWW SMS<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6), OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) |

Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), or in the alternative, Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) ("Motion to Dismiss") is currently set for hearing on Monday, September 24, 2007. Due to the congestion of the Court's calendar, the hearing on Defendant's Motion to Dismiss is continued to Monday, October 22, 2007 at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:   September 20, 2007          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1