1
2
3
4
5

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAUL DAVENPORT,<br><br>        Plaintiff,<br><br>   v.<br><br>BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>        Defendant. | 1:07-cv-0494 OWW SMS<br><br>ORDER RE: PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

    Plaintiff has requested time to complete legal research concerning any amended complaint in this case.  Because Plaintiff is subject to the requirements of Federal Rule of Civil Procedure 11, which requires that he investigate facts and research the law before asserting any claim, good cause has been shown for the extension.

    No further extensions of time shall be granted.

    The time for Plaintiff's filing of an amended complaint is

///

///

1

extended through and including March 13, 2008.

IT IS SO ORDERED.

Dated:   February 25, 2008              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE