Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711

Telephone:   (559) 256-7800
Facsimile:    (559) 449-4535
E-mail:        sbennett@lcwlegal.com

Attorneys for Defendant
STATE CENTER COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAUL DAVENPORT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>　　　　　Defendant. | Case No.  1:07-cv-494 OWW/SMS<br><br>**EX PARTE APPLICATION AND ORDER EXTENDING TIME TO PLEAD** |

　　　　Defendant Board of Trustees of the State Center Community College District ("Defendant") hereby applies to the Court ex parte for an Order extending time to file an answer or other responsive pleading to Plaintiff's First Amended Complaint ("FAC").  The undersigned counsel has notified Plaintiff, who is appearing *pro se*, that such an ex parte request will be made to this Court.  Plaintiff has graciously indicated that he does not oppose the extension.  Defendant has not sought or obtained any previous extensions of time.  Such an extension is timely and is necessary to allow additional time to prepare a responsive pleading because of the following:

　　　　1.　After this Court dismissed Plaintiff's original Complaint with leave to amend on January 17, 2008, Plaintiff was required to file an amended complaint by February 15, 2008.  On

4253.1 ST080-022

PDF created with pdfFactory trial version www.pdffactory.com

1  February 13, 2008, Plaintiff applied for an extension of time. This Court granted Plaintiff's application and extended the time to file an amended complaint to March 13, 2008. On March 12, 2008, Plaintiff filed a 27-page narrative and approximately 119 pages of exhibits.

2. Due to the procedural history of this case, Federal Rules of Civil Procedure require Defendant to file a responsive pleading to Plaintiff's FAC within 10 days (by March 24, 2008).

3. Given the length and format of the FAC, and Defendant's counsel's limited availability, Defendant's counsel does not have time to adequately prepare a responsive pleading within the 10-day response period.

Based on the foregoing and the Declaration of Jesse J. Maddox filed concurrently herewith, Defendant respectfully requests that the Court grant an additional 30 days by which to file an answer or other responsive pleading to Plaintiff's FAC.

Dated: March 20, 2008                    Liebert Cassidy Whitmore


By:_____
Jesse J. Maddox
Shelline K. Bennett
Attorneys for Defendant
STATE CENTER COMMUNITY
COLLEGE DISTRICT


**ORDER**

Having considered Defendant's ex parte application for an extension of time to plead, and finding good cause therefore,

IT IS HEREBY ORDERED THAT Defendant shall file an answer or other responsive pleading to Plaintiff's First Amended Complaint on or before April 23, 2008.

Dated: March 18, 2008          /s/ OLIVER W. WANGER
                               THE HONORABLE OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE

4253.1 ST080-022                       - 2 -

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 5701 N. West Avenue, Fresno, California 93711. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 19, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

    EX PARTE APPLICATION AND ORDER EXTENDING TIME
    TO PLEAD

in a sealed envelope, postage fully paid, addressed as follows:

    David Paul Davenport
    6156 North Mitre Avenue
    Fresno, CA 93722

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 19, 2008, at Fresno, California.

                                                  Susan Brown

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

PDF created with pdfFactory trial version www.pdffactory.com