Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711

Telephone:    (559) 256-7800
Facsimile:    (559) 449-4535
E-mail:       sbennett@lcwlegal.com

Attorneys for Defendant
State Center Community College District


David Paul Davenport, *Pro Se*
6156 North Mitre Avenue
Fresno, CA 93722

Telephone: (559) 277-3283

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAUL DAVENPORT,<br><br>          Plaintiff,<br><br>     v.<br><br>BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>          Defendant. | Case No.  1:07-cv-494 OWW/SMS<br><br>**STIPULATION TO AMEND THE COURT'S SEPTEMBER 10, 2008 SCHEDULING CONFERENCE ORDER** |

        IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-noted matter, through their respective counsel of record, that the Court's September 10, 2008 Scheduling Conference Order shall be amended to extend the parties' non-expert discovery deadline from March 2, 2009 to May 15 2009.  This Stipulation shall not impact or change any of the other dates or deadlines in the Court's Scheduling Conference Order.

        IT IS SO STIPULATED.

Based on the foregoing and the Declaration of Jesse J. Maddox filed concurrently herewith, the parties respectfully request that the Court amend its September 10, 2008 Scheduling Conference Order to extend the parties' non-expert discovery deadline to May 15, 2009.

Dated: February 26, 2009                    Liebert Cassidy Whitmore


By:    /s/
    Jesse J. Maddox
    Shelline K. Bennett
    Attorneys for Defendant
    STATE CENTER COMMUNITY
    COLLEGE DISTRICT


Dated:  February 25, 2009                   David Paul Davenport


By:    /s/
    David Paul Davenport
    Appearing Pro Se


## **ORDER**

Having considered the parties' Stipulation and the Declaration of Jesse Maddox in support of the Stipulation, and finding good cause therefore,

IT IS HEREBY ORDERED THAT the Court's September 1, 2008 Case Scheduling Order shall be amended. The deadline for non-expert discovery, previously March 2, 2009, shall be extended to May 15, 2009. All other dates in the Court's September 10, 2008 Case Scheduling Order shall not be affected by this Order.

Dated:  February 26, 2009                    /s/ OLIVER W WANGER
    THE HONORABLE OLIVER W. WANGER
    UNITED STATES DISTRICT JUDGE

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711