UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAUL DAVENPORT,<br><br>        Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>        Defendant. | 1:07-CV-00494 OWW SMS<br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME IN WHICH TO ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

    Before the court for decision is Plaintiff's ex parte request for an extension of time within which to answer Defendant's motion for summary judgment. Doc. 84. Plaintiff, whose opposition would have been due Monday, July 20, 2009, requests the extension because of the length of the motion for summary judgment (more than 500 pages, including attachments), and because at least one of Plaintiff's witnesses is not available to prepare an affidavit in support of Plaintiff's opposition until August 1, 2009. *See* Davenport Decl., Doc. 85. Plaintiff sought to obtain the stipulation of opposing counsel, but was informed that both defense counsel, Mr. Maddox, and his associate, Ms. Work, will be out of town until Monday July 20,

1

2009.

    Good cause having been shown, Plaintiff's ex parte request for an extension is GRANTED.  Plaintiff shall file any opposition on or before August 3, 2009.  Defendant shall reply on or before August 10, 2009.  The hearing on Plaintiff's motion for summary judgment is CONTINUED to August 17, 2009, at 10:00 a.m. in Courtroom 3.

SO ORDERED  
Dated:  July 17, 2009

                                       /s/ Oliver W. Wanger  
                                          Oliver W. Wanger  
                                   United States District Judge