Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711

Telephone:    (559) 256-7800
Facsimile:     (559) 449-4535
E-mail:         sbennett@lcwlegal.com

Attorneys for Defendant
STATE CENTER COMMUNITY COLLEGE
DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAUL DAVENPORT,<br><br>  Plaintiff,<br><br>  v.<br><br>BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>  Defendant. | Case No.  1:07-cv-494 OWW/SMS<br><br>**ORDER GRANTING DEFENDANT STATE CENTER COMMUNITY COLLEGE DISTRICT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant STATE CENTER COMMUNITY COLLEGE DISTRICT'S Motion for Summary Judgment came on for hearing before this Court on August 17, 2009.  Jesse J. Maddox of Liebert Cassidy Whitmore appeared on behalf of Defendant.  Plaintiff appeared *pro se*.

Pursuant to the Court's Memorandum Decision on Defendant's Motion for Summary Judgment (Doc 75), and after consideration of the pleadings and arguments of the parties, and all other matters presented to the Court,

///

///

///

1  IT IS HEREBY ORDERED that Summary Judgment is granted favor of Defendant State
2  Community College District and against Plaintiff David Paul Davenport.  Plaintiff's action is
3  dismissed in its entirety, with prejudice.  The Clerk shall enter judgment in favor of Defendant
4  and against Plaintiff.

   IT IS SO ORDERED.

Dated:  9/14/2009                             /s/ OLIVER W. WANGER
                                              United States District Court Judge
                                              Oliver W. Wanger

## **PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 5701 N. West Avenue, Fresno, California 93711. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 28, 2009, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

> ORDER GRANTING DEFENDANT STATE CENTER
> COMMUNITY COLLEGE DISTRICT'S MOTION FOR
> SUMMARY JUDGMENT AND DIRECTION TO CLERK OF
> THIS COURT TO ENTER JUDGMENT IN FAVOR OF
> DEFENDANT AND AGAINST PLAINTIFF

in a sealed envelope, postage fully paid, addressed as follows:

> David Paul Davenport
> 6156 North Mitre Avenue
> Fresno, CA 93722

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2009, at Fresno, California.



/s/
Susan L. Brown

1:07-CV-494 OWW/SMS