David A. Stein, Esq. (State Bar No. 102556)
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
P.O. Box 12979
Oakland, California 94604-2979
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486
Electronic mail:  david@donahue.com

Attorneys for Plaintiff DAVID PAUL DAVENPORT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAUL DAVENPORT,<br><br>        Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>        Defendant. | CASE NO.: 07-CV-494-OWW-SMS<br><br>**ORDER TO CONTINUE SUPPLEMENTAL BRIEFING SCHEDULE** |

**ORDER**

Pursuant to the Stipulation To Continue Supplemental Briefing Schedule of the parties, and good cause appearing therefore, it is hereby ORDERED that:

1. The briefing schedule for the supplemental briefing requested by the Court in the Order Re: Request for Supplemental Briefing issued on September 22, 2010, is extended for two (2) weeks.

2. Plaintiff David Paul Davenport may file supplemental briefing in support of his motion for reconsideration before 5:00 p.m. on October 20, 2010, and Defendant Board of Trustees of the State Center Community College District may file a written opposition before 5:00 p.m. on October 29, 2010.

IT IS SO ORDERED.

Dated:   **October 7, 2010**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE