Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

Telephone: (559) 256-7800
Facsimile: (559) 449-4535
E-mail: sbennett@lcwlegal.com

Attorneys for Defendant
STATE CENTER COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAUL DAVENPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>    Defendant. | Case No. 1:07-cv-494 OWW/SMS<br><br>**STIPULATION AND ORDER TO WITHDRAW PENDING MOTIONS** |

## RECITALS

WHERAS, on August 25, 2009, the Court granted Defendant's motion for summary judgment;

WHEREAS, on September 16, 2009, the Court entered judgment for Defendant;

WHEREAS, on September 30, 2009, Plaintiff filed a motion for reconsideration, which is currently pending;

WHEREAS, on October 16, 2009, Defendant filed a motion for attorneys' fees, which is currently pending;

WHEREAS, on October 29, 2010, the parties executed a Settlement Agreement in this

matter. In the Agreement, Defendant agreed to waive its ability to recover costs or attorneys' fees against Plaintiff and to withdraw its pending motion for attorneys' fees, and Plaintiff agreed to withdraw his pending motion for reconsideration and waive his right to appeal.

THEREFORE, the parties hereby stipulate as follows:

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff David Paul Davenport and the State Center Community College District, by and through their respective counsel of record, that Plaintiff's pending motion for reconsideration is hereby withdrawn and Defendant's pending motion for attorneys' fees is hereby withdrawn, each party to bear its own attorneys' fees and costs.

SO STIPULATED.

Dated: December 22, 2010                                   Liebert Cassidy Whitmore


By:   /s/ Jesse J. Maddox
      Jesse J. Maddox
      Shelline K. Bennett
      Attorneys for Defendant
      STATE CENTER COMMUNITY
      COLLEGE DISTRICT

Dated: December 23, 2010                                   Donahue Gallagher Woods LLP


By:   /s/ David A Stein
      David A. Stein
      Attorneys for Plaintiff
      DAVID PAUL DAVENPORT


IT IS SO ORDERED.

Dated:   **December 27, 2010**                 /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE

31269.1 ST080-022                      - 2 -            STIPULATION AND ORDER TO
                                                        WITHDRAW PENDING MOTIONS 1:07-CV-
                                                        494 OWW/SMS